[No. 3627–8–III. Division Three. January 22, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
G. SHEPARD, *Appellant.*

Appeal from a judgment of the Superior Court for
Okanogan County, No. 6587, B. E. Kohls, J., entered July
30, 1979. *Affirmed* by unpublished opinion per Green, J.,
concurred in by Roe, A.C.J., and Munson, J.

[No. 3016–4–III. Division Three. January 22, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD W.
CAMERON, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 25872, Del Cary Smith, Jr., J.,
entered July 18, 1978. *Affirmed* by unpublished opinion per
Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 7935–2–I. Division One. January 26, 1981.]

ROBERT L. MURPHY, ET AL, *Appellants,* v. RUTHANN
MURPHY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 849510, Peter K. Steere, J., entered August 13,
1979. *Affirmed in part* and *reversed in part* by unpublished
opinion per Ringold, A.C.J., concurred in by Callow and
Durham, JJ.

[No. 7885–2–I. Division One. January 26, 1981.]

LAWRENCE RAY JOHNSON, *Appellant,* v. THE STATE OF
WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 89656, Warren Chan, J., entered July 12, 1979.
*Affirmed* by unpublished opinion per Corbett, J., concurred
in by Callow and Durham, JJ.